# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMET KAYMAK, et al.<br>　　　　　Plaintiffs(s)<br>　　v.<br>MONOGRAM CUSTOM HOMES AND POOLS, et al.　Defendant(s) | Civil Action No: 5:17-cv-00849 |

## ORDER

AND NOW this __16TH__ day of __January__, 2019 upon consideration of Plaintiffs' Motion to Approve Allocation of Settlement Proceeds and Approve Settlement of Minors' Claims it is ORDERED and DECREED as follows:

1. The proposed allocation of net settlement proceeds in the following amounts is APPROVED:

    a)   To Emre Kaymak………………… $20,000.00

    b)   To Yusuf Kaymak………………… $20,000.00

    c)   To Azra Kaymak…………………... $5,000.00

    d)   To Omer Kaymak………………… $5,000.00

2. The funds allocated to the minor plaintiffs shall be placed into an FDIC Insured Bank Account, one for each child, and marked "Not to be withdrawn until minor's eighteenth birthday or upon further Order of the Court."

3. The accounts shall be established within twenty-one (21) days of receipt of the settlement proceeds from all settling defendants; and

4. John Neumann Hickey, Esquire, attorney for the plaintiffs shall file a certification with the Court within thirty (30) days of the receipt of the settlement proceeds from all settling defendants that plaintiffs have complied with this Order.

BY THE COURT:

_____
J.