IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMENT KAYMAK and BETUL MERVE KAYMAK, | : : : |
| Plaintiffs, | : :   CIVIL ACTION NO. 17-849 |
| v. | : : : |
| MONOGRAM CUSTOM HOMES AND POOLS, ET AL., | : : : |
| Defendants. | : |

## ORDER

**AND NOW**, this 16th day of January, 2019, it having been reported that the parties have settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

BY THE COURT:

By: */s/ Shana Restucci*
    Shana Restucci, Civil Deputy Clerk
    The Honorable Edward G. Smith
    Shana_Restucci@paed.uscourts.gov